```
2 0 1 1 1 2 2 7 1 0 2 1 4 1
```

CCTS TAX LIENS I, L.L.C.

                                                  Plaintiff

vs.

DAVID CETTEI, ET AL.

                                                  Defendant

**Person to be served** (Name and Address):
KATHLEEN M. CETTEI
30 STAGECOACH RD.
CAPE MAY COURT HOUSE NJ 08210
**By serving:** KATHLEEN M. CETTEI

**Attorney:** ADAM D. GREENBERG, ESQ.

**Papers Served:** SUMMONS & AMENDED COMPLAINT FOR FORECLOSURE, SCHEDULE TO FORECLOSURE COMPLIANT

| **Service Data:** | [X] Served Successfully | [ ] Not Served |
|---|---|---|

**Date/Time:** 12/30/2011 09:43AM

[ ] Delivered a copy to him/her personally

[X] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Superior Court Of New Jersey

CAPE MAY Venue

Docket Number: F 4069 11

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

Attempts:  Date/Time: _____
             Date/Time: _____
             Date/Time: _____

Name of Person Served and relationship/title:

DAVID CETTI

HUSBAND

**Description of Person Accepting Service:**

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: GLASSES

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: _____
                             Date/Time: _____
                             Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this
3 day of Jan, 2012
Notary Signature: _____

ANGELY M MORA
Name of Notary
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 14, 2016
Commission Expiration

I, GLENN JOHNSON,
was at the time of service a competent adult, over the age of 18 and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   1/3/2012
                                                 Date

Name of Private Server: GLENN JOHNSON  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) PROCESS

MM

LAW OFFICES
HONIG & GREENBERG, L.L.C.
By: Adam D. Greenberg, Esquire
1949 Berlin Road
Suite 200
Cherry Hill, New Jersey 08003-3737
(856) 770-0990
Attorneys for Plaintiff

| | |
|---|---|
| CCTS Tax Liens I, L.L.C.<br>Plaintiff,<br>vs.<br><br>David Cettei and Kathleen M. Cettei, et als<br><br>Defendants, | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>Cape May COUNTY<br>DOCKET NO: F-4069-11<br><br>CIVIL ACTION<br><br>SUMMONS |

From the State of New Jersey
To the Defendant(s) named above:

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court within 35 days from the date you received this summons, not counting the date you received it. This complaint is one in foreclosure and you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, New Jersey 08625. A $135.00 filing fee payable to Treasurer, State of New Jersey must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgement against you for the relief the plaintiff demands, plus interest and costs of suit. If judgement is entered against you, the Sheriff may seize your money, wages or property to pay all or a part of the judgement.

    If you cannot afford an attorney, you may call the Legal Services Office in the County where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: December 16, 2011

                                      /s/ Jennifer M. Perez
                                      Jennifer M. Perez
                                      Acting Clerk of the Superior Court

Defendant to be served and address for service:
David F. Cettei and Kathleen M. Cettei
30 Stagecoach Road
Cape May Court House, NJ 08210

ATLANTIC COUNTY:
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Floor
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

BERGEN COUNTY:
Case Processing Section
Room 119
Justice Center 10 Main St.
Hackensack, NJ 07601-7698
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

BURLINGTON COUNTY:
Central Processing Office
Attn: Judicial Intake
First Floor, Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 496-4570

CAMDEN COUNTY:
Civil Processing Office
First Floor, Hall of Records
101 South Fifth Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

CAPE MAY COUNTY:
Central Processing Office
(Law Division Filings)
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

CUMBERLAND COUNTY:
Civil Case Managment Office
Broad & Fayette Sts.
P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

ESSEX COUNTY:
237 Hall of Records
465 Dr. Martin Luther King, Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

GLOUCESTER COUNTY:
Civil Case Management Office
First Floor, Court House
1 North Broad St.
P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

HUDSON COUNTY:
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

HUNTERDON COUNTY:
Civil Division
Hall of Records
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 263-6109
LEGAL SERVICES
(908) 782-7979

MERCER COUNTY:
Local Filing Office, Courthouse
175 S. Broad St. P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

MIDDLESEX COUNTY:
Administration Building
Third Floor
1 Kennedy Square P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

MONMOUTH COUNTY:
Clerk, Superior Court
71 Monument Park
P.O. Box 1262
Court House, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

MORRIS COUNTY:
Civil Division
30 Schuyler Place
P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

OCEAN COUNTY:
Court House, Room 119
118 Washington St.
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

PASSAIC COUNTY:
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

SALEM COUNTY:
Clerk, Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

SOMERSET COUNTY:
Civil Division Office
New Court House, 3rd Floor
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

SUSSEX COUNTY:
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

UNION COUNTY:
Clerk, Superior Court
First Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

WARREN COUNTY:
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973) 387-1835
LEGAL SERVICES
(973) 475-2010

LAW OFFICES
HONIG & GREENBERG, L.L.C.
By: Adam D. Greenberg, Esquire
1949 Berlin Road
Suite 200
Cherry Hill, New Jersey 08003-3737
(856) 770-0990
Attorneys for Plaintiff

| | |
|---|---|
| CCTS Tax Liens I, L.L.C.<br>Plaintiff,<br>vs.<br><br>David Cettei and Kathleen M. Cettei, et als<br><br>Defendants, | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>Cape May COUNTY<br>DOCKET NO: F-4069-11<br><br>CIVIL ACTION<br><br>SUMMONS |

From the State of New Jersey
To the Defendant(s) named above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court within 35 days from the date you received this summons, not counting the date you received it. This complaint is one in foreclosure and you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, New Jersey 08625. A $135.00 filing fee payable to Treasurer, State of New Jersey must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgement against you for the relief the plaintiff demands, plus interest and costs of suit. If judgement is entered against you, the Sheriff may seize your money, wages or property to pay all or a part of the judgement.

If you cannot afford an attorney, you may call the Legal Services Office in the County where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: December 16, 2011

/s/ Jennifer M. Perez
Jennifer M. Perez
Acting Clerk of the Superior Court

Defendant to be served and address for service:
David F. Cettei and Kathleen M. Cettei
30 Stagecoach Road
Cape May Court House, NJ 08210

ATLANTIC COUNTY:
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Floor
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

BERGEN COUNTY:
Case Processing Section
Room 119
Justice Center 10 Main St.
Hackensack, NJ 07601-7698
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

BURLINGTON COUNTY:
Central Processing Office
Attn: Judicial Intake
First Floor, Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 496-4570

CAMDEN COUNTY:
Civil Processing Office
First Floor, Hall of Records
101 South Fifth Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

CAPE MAY COUNTY:
Central Processing Office
(Law Division Filings)
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

CUMBERLAND COUNTY:
Civil Case Managment Office
Broad & Fayette Sts.
P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

ESSEX COUNTY:
237 Hall of Records
465 Dr. Martin Luther King, Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

GLOUCESTER COUNTY:
Civil Case Management Office
First Floor, Court House
1 North Broad St.
P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

HUDSON COUNTY:
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

HUNTERDON COUNTY:
Civil Division
Hall of Records
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 263-6109
LEGAL SERVICES
(908) 782-7979

MERCER COUNTY:
Local Filing Office, Courthouse
175 S. Broad St. P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

MIDDLESEX COUNTY:
Administration Building
Third Floor
1 Kennedy Square  P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

MONMOUTH COUNTY:
Clerk, Superior Court
71 Monument Park
P.O. Box 1262
Court House, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

MORRIS COUNTY:
Civil Division
30 Schuyler Place
P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

OCEAN COUNTY:
Court House, Room 119
118 Washington St.
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

PASSAIC COUNTY:
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

SALEM COUNTY:
Clerk, Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

SOMERSET COUNTY:
Civil Division Office
New Court House, 3rd Floor
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

SUSSEX COUNTY:
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

UNION COUNTY:
Clerk, Superior Court
First Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

WARREN COUNTY:
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973) 387-1835
LEGAL SERVICES
(973) 475-2010

```
2 0 1 1 1 2 2 7 1 0 2 0 4 7
```

| | | |
|---|---|---|
| CCTS TAX LIENS I, L.L.C. | Plaintiff | Superior Court Of New Jersey |
| vs. | | CAPE MAY Venue |
| DAVID CETTEI, ET AL. | Defendant | Docket Number: F 4069 11 |

**Person to be served** (Name and Address):
DAVID CETTEI
30 STAGECOACH RD.
CAPE MAY COURT HOUSE  NJ  08210
**By serving:** DAVID CETTEI

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Attorney:** ADAM D. GREENBERG, ESQ.

Cost of Service pursuant to R. 4:4-3(c)

**Papers Served:** SUMMONS & AMENDED COMPLAINT FOR FORECLOSURE, SCHEDULE TO FORECLOSURE COMPLIANT

$ _____

**Service Data:**  [X] Served Successfully    [ ] Not Served

**Date/Time:** 12/30/2011  09:42AM

[X] Delivered a copy to him/her personally

Attempts:  Date/Time: _____
                    Date/Time: _____
                    Date/Time: _____

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

Name of Person Served and relationship/title:

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

DAVID CETTEI

SELF

**Description of Person Accepting Service:**

SEX: M    AGE: 51-65    HEIGHT: 5'9"-6'0"    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: GRAY    OTHER: GLASSES

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:    Date/Time: _____
                                      Date/Time: _____
                                      Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this
____ day of _____, 20 ___
Notary Signature: _____
ANGELY M MORA
NOTARY PUBLIC OF NEW JERSEY
Name of Notary  March 14, 2016  Commission Expiration
My Commission Expires March 14, 2016

I, GLENN JOHNSON,
was at the time of service a competent adult, over the age of 18 and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____  1/3/2012
Signature of Process Server    Date

Name of Private Server: GLENN JOHNSON  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) PROCESS



MM

CCTS TAX LIENS I, L.L.C.

                    vs.               Plaintiff

DAVID CETTEI, ET AL.

                             Defendant

Superior Court Of New Jersey

CAPE MAY Venue

Docket Number: F 4069 11

**Person to be served** (Name and Address):
U.S.A. - US ATTORNEYS OFFICE
970 BROAD ST.
NEWARK  NJ  071##
**By serving**: U.S.A. - US ATTORNEYS OFFICE

**Attorney**: ADAM D. GREENBERG, ESQ.

**Papers Served**: SUMMONS & AMENDED COMPLAINT FOR FORECLOSURE, SCHEDULE TO FORECLOSURE COMPLIANT

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

**Service Data**:    [X] Served Successfully    [ ] Not Served

**Date/Time**:    12/28/2011  02:20PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Attempts:    Date/Time: _____
                Date/Time: _____
                Date/Time: _____

Name of Person Served and relationship/title:

SUE ELLEN CASTA

AUTHORIZED AGENT

**Description of Person Accepting Service**:

SEX: F__  AGE: 21-35__  HEIGHT: 5'0"-5'3"__  WEIGHT: 131-160 LBS.__  SKIN: BROWN__  HAIR: BROWN__  OTHER: _____

**Unserved**:
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:    Date/Time: _____
                           Date/Time: _____
                           Date/Time: _____

Other:

**Served Data**:
Subscribed and Sworn to me this
_29_ day of _Dec_, 20 _11_
Notary Signature: _____
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
Name of Notary     Commission Expiration
My Commission Expires Dec. 15, 2015

I, EDWARD ABRAHAM,
was at the time of service a competent adult, over the age of 18 and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____  _12/29/11_
Signature of Process Server     Date

Name of Private Server: EDWARD ABRAHAM  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) PROCESS



LAW OFFICES
HONIG & GREENBERG, L.L.C.
By: Adam D. Greenberg, Esquire
1949 Berlin Road
Suite 200
Cherry Hill, New Jersey 08003-3737
(856) 770-0990
Attorneys for Plaintiff

| | |
|---|---|
| CCTS Tax Liens I, L.L.C.<br>Plaintiff,<br>vs.<br><br>David Cettei and Kathleen M. Cettei, et als<br><br>Defendants, | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>Cape May COUNTY<br>DOCKET NO: F-4069-11<br><br>CIVIL ACTION<br><br>SUMMONS |

From the State of New Jersey
To the Defendant(s) named above:

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court within 60 days from the date you received this summons, not counting the date you received it. This complaint is one in foreclosure and you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, New Jersey 08625. A $135.00 filing fee payable to Treasurer, State of New Jersey must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgement against you for the relief the plaintiff demands, plus interest and costs of suit. If judgement is entered against you, the Sheriff may seize your money, wages or property to pay all or a part of the judgement.

    If you cannot afford an attorney, you may call the Legal Services Office in the County where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: December 16, 2011

                                      /s/ Jennifer M. Perez
                                      Jennifer M. Perez
                                      Acting Clerk of the Superior Court

Defendant to be served and address for service:
US Attorneys Office
970 Broad Street
Newark, NJ 07102

ATLANTIC COUNTY:
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Floor
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

BERGEN COUNTY:
Case Processing Section
Room 119
Justice Center 10 Main St.
Hackensack, NJ 07601-7698
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

BURLINGTON COUNTY:
Central Processing Office
Attn: Judicial Intake
First Floor, Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 496-4570

CAMDEN COUNTY:
Civil Processing Office
First Floor, Hall of Records
101 South Fifth Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

CAPE MAY COUNTY:
Central Processing Office
(Law Division Filings)
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

CUMBERLAND COUNTY:
Civil Case Managment Office
Broad & Fayette Sts.
P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

ESSEX COUNTY:
237 Hall of Records
465 Dr. Martin Luther King, Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

GLOUCESTER COUNTY:
Civil Case Management Office
First Floor, Court House
1 North Broad St.
P.O. Box 129

Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

HUDSON COUNTY:
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

HUNTERDON COUNTY:
Civil Division
Hall of Records
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 263-6109
LEGAL SERVICES
(908) 782-7979

MERCER COUNTY:
Local Filing Office, Courthouse
175 S. Broad St. P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

MIDDLESEX COUNTY:
Administration Building
Third Floor
1 Kennedy Square P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

MONMOUTH COUNTY:
Clerk, Superior Court
71 Monument Park
P.O. Box 1262
Court House, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

MORRIS COUNTY:
Civil Division
30 Schuyler Place
P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

OCEAN COUNTY:
Court House, Room 119
118 Washington St.
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

PASSAIC COUNTY:
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

SALEM COUNTY:
Clerk, Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

SOMERSET COUNTY:
Civil Division Office
New Court House, 3rd Floor
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

SUSSEX COUNTY:
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

UNION COUNTY:
Clerk, Superior Court
First Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

WARREN COUNTY:
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973) 387-1835
LEGAL SERVICES
(973) 475-2010

English   Customer Service   USPS Mobile                                                         Register / Sign In

 USPS.COM

Search USPS.com or Track Packages

Quick Tools          Ship a Package    Send Mail      Manage Your Mail    Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71969008911113301505 | | Delivered | December 27, 2011, 5:43 am | WASHINGTON, DC 20530 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | December 26, 2011, 8:45 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | December 26, 2011, 7:47 am | WASHINGTON, DC 20022 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

LAW OFFICES
HONIG & GREENBERG, L.L.C.
By: Adam D. Greenberg, Esquire
1949 Berlin Road
Suite 200
Cherry Hill, New Jersey 08003-3737
(856) 770-0990
Attorneys for Plaintiff

| | |
|---|---|
| CCTS Tax Liens I, L.L.C.<br>Plaintiff,<br>vs.<br><br>David Cettei and Kathleen M. Cettei, et als<br><br>Defendants, | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>Cape May COUNTY<br>DOCKET NO: F-4069-11<br><br>CIVIL ACTION<br><br>SUMMONS |

From the State of New Jersey
To the Defendant(s) named above:

 The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court within 60 days from the date you received this summons, not counting the date you received it. This complaint is one in foreclosure and you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, New Jersey 08625. A $135.00 filing fee payable to Treasurer, State of New Jersey must accompany your answer or motion when it is filed. <u>You must also send a copy of your answer or motion to plaintiff's attorney</u> whose name and address appear above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee) if you want the court to hear your defense.

 If you do not file and serve a written answer or motion within 35 days, the court may enter a judgement against you for the relief the plaintiff demands, plus interest and costs of suit. If judgement is entered against you, the Sheriff may seize your money, wages or property to pay all or a part of the judgement.

 If you cannot afford an attorney, you may call the Legal Services Office in the County where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: December 16, 2011

           <u>/s/ Jennifer M. Perez</u>
           Jennifer M. Perez
           Acting Clerk of the Superior Court

Defendant to be served and address for service:
United States of America
Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**ATLANTIC COUNTY:**
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Floor
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Case Processing Section
Room 119
Justice Center 10 Main St.
Hackensack, NJ 07601-7698
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Central Processing Office
Attn: Judicial Intake
First Floor, Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 496-4570

**CAMDEN COUNTY:**
Civil Processing Office
First Floor, Hall of Records
101 South Fifth Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Central Processing Office
(Law Division Filings)
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Civil Case Managment Office
Broad & Fayette Sts.
P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
237 Hall of Records
465 Dr. Martin Luther King, Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Civil Case Management Office
First Floor, Court House
1 North Broad St.
P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Civil Division
Hall of Records
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 263-6109
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Local Filing Office, Courthouse
175 S. Broad St. P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Administration Building
Third Floor
1 Kennedy Square P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

**MONMOUTH COUNTY:**
Clerk, Superior Court
71 Monument Park
P.O. Box 1262
Court House, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Civil Division
30 Schuyler Place
P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Court House, Room 119
118 Washington St.
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Clerk, Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Civil Division Office
New Court House, 3rd Floor
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Clerk, Superior Court
First Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973) 387-1835
LEGAL SERVICES
(973) 475-2010