UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CCTS Tax Liens I, L.L.C.     :     Civil Action No. __12-cv-165__
                             :
v.                           :
                             :
David Cettei, et als         :

**DISCLOSURE STATEMENT**

The undersigned counsel for __CCTS Tax Liens I, L.L.C.__, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
_____
_____
_____
_____

**OR**

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

| | |
|---|---|
| /s/ Adam D. Greenberg | HONIG & GREENBERG, L.L.C. |
| Signature of Attorney | Name of Firm |
| Adam D. Greenberg | 1949 Berlin Road, Suite 200 |
| Print Name | Address |
| January 23, 2012 | Cherry Hill, NJ 08003-3737 |
| Date | City/State/ZIP Code |

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.            DNJ-CMECF-005 (5/2/08)